UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE MANUEL VASQUEZ,<br><br>      Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK; NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES; NEW YORK CITY HUMAN RESOURCE ADMINISTRATION; NEW YORK CITY POLICE DEPARTMENT,<br><br>      Defendants. | 22-CV-9555 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 28, 2022, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 28, 2022
     New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                  Chief United States District Judge